**Nathan J. YANCEY, Jr.,**
**Plaintiff–Appellant,**

v.

**J.W. JOHNSON, Sergeant; D. Smith, Assistant Warden; D.T. Mahon, Warden, Defendants–Appellees.**

**No. 04–7212.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2004.

Decided: Nov. 30, 2004.

Nathan J. Yancey, Jr., Appellant pro se.

Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nathan J. Yancey, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Yancey v. Johnson,* No. CA–03–1081–AM (E.D. Va. filed July 7, 2004; entered July 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*